# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 4 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER W. RADCLIFF,<br>aka "Squeak,"<br><br>Defendant. | Criminal No. 5:24 cr 23<br><br>Violations:   21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Distribution of Methamphetamine)

On or about January 27, 2024, in Wetzel County, in the Northern District of West Virginia, defendant **CHRISTOPHER W. RADCLIFF, aka "Squeak,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

(Distribution of Methamphetamine)

On or about February 18, 2024, in Wetzel County, in the Northern District of West Virginia, defendant **CHRISTOPHER W. RADCLIFF, aka "Squeak,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Possession with Intent to Distribute Methamphetamine)

On or about February 18, 2024, in Pleasants County, in the Northern District of West Virginia, defendant **CHRISTOPHER W. RADCLIFF, aka "Squeak,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill:

/s/_____
Grand Jury Foreperson


/s/_____
WILLIAM IHLENFELD
United States Attorney


Clayton J. Reid
Assistant United States Attorney