**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
JUN 4 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA,

v.                                            Criminal No. 5:24-CR- 23

CHRISTOPHER W. RADCLIFF,
    Defendants.

## ORDER TO SEAL

On the 4th day of June, 2024, came the United States of America and William Ihlenfeld, United Sates Attorney for the Northern District of West Virginia, by Clayton J. Reid, Assistant United States Attorney for said district, and moved the Court to seal this matter for the reason that lack of sealing would compromise the integrity of an ongoing investigation. It appearing that the interests of justice will be served, it is accordingly:

**ORDERED** that the Clerk of Court **seal this matter, including all documents and proceedings;**

**ORDERED** that the Clerk of Court shall **automatically unseal** and place among the public records the above-styled criminal action **upon the arrest of any defendant on the charges listed in the indictment;**

Notwithstanding this Order to Seal, the clerk is **FURTHER ORDERED** to send an electronic copy of the sealed Indictment to the United States Attorney's Office clayton.reid@usdoj.gov , Marybeth.bishop@usdoj.gov, and the United States Marshals Service.

**DATED**: June 4, 2024

JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE